405 A.2d 545

Commonwealth v. Wiley, Appellant.

Petition for Allowance of Appeal Denied Sept. 10, 1979.

Submitted September 15, 1978. Steven R. Geroff, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.